| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | PHILIP A. FERRARI |
| | Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
| | Facsimile: (916) 554-2900 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR S 07-348 GEB |
| Plaintiff, | |
| v. | **AMENDED STIPULATION CONTINUING STATUS CONFERENCE; [PROPOSED] ORDER** |
| DARRON ANTJUAN REED, | |
| Defendant. | Date: September 6, 2013 |
| | Time 9:00 a.m. |
| | Judge: GARLAND E. BURRELL, JR. |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on September 6, 2013.

2. By this stipulation, the parties now move to continue the status conference until October 11, 2013.

3. The above-referenced matter concerns a petition to revoke the defendant's term of supervised release. However, the defendant has also been charged in this district in a complaint in case no. 13-mj-0267 DAD. That case is set for a preliminary hearing on September 6, 2013, before Magistrate Judge Brennan. The parties are requesting this continuance because they hope to proceed in both of these matters at the same time before the District Court.

AMENDED STIPULATION; [PROPOSED] ORDER     1

IT IS SO STIPULATED.

Dated: September 3, 2013

BENJAMIN B. WAGNER
United States Attorney

/s/ PHILIP A. FERRARI
PHILIP A. FERRARI
Assistant United States Attorney

Dated: September 3, 2013

/s/ Philip A. Ferrari for
MATTHEW SCOBLE, ESQ.
Counsel for Defendant

IT IS SO FOUND AND ORDERED.

Dated: September 10, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge