```
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                     EASTERN DISTRICT OF CALIFORNIA
10
11   UNITED STATES OF AMERICA,     No. 2:07-cr-00348-GEB
12           Plaintiff,
13        v.                       RELATED CASE ORDER
14   DARRON ANTJUAN REED,
15           Defendant.
    _____/
16
     UNITED STATES OF AMERICA,     No. 2:13-cr-00304-MCE
17
             Plaintiff,
18
          v.
19
     DARRON ANTJUAN REED,
20
             Defendant.
21  _____/
22
23       The Court received the Notice of Related Case filed on
24   September 6, 2013.
25       Examination of the above-entitled criminal actions reveals
26   that these actions are related within the meaning of Local Rule
27   123(a) (E.D. Cal. 1997).
28   ///
```

The actions involve the same defendant and are based on the same or similar claims, the same property transaction or event, similar questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the action is effected. Under the regular practice of this court, related cases are generally assigned to the district judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated 2:07-cr-00348-GEB, <u>United States of America v. Darron Antjuan Reed</u> is reassigned to Chief Judge Morrison C. England, Jr. for all further proceedings and any dates currently set in this reassigned case only are hereby VACATED. Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:07-cr-00348-MCE.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: October 8, 2013

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE